UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  **JS-6**

| Case No. | CV 10-4197-JST(SHx) | Date | November 23, 2010 |
|---|---|---|---|
| Title | RICHARD GARCIA v DEUTSCHE BANK NATIONAL TRUST COMPANY | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)** ORDER DISMISSING ACTION PURSUANT TO ORDER TO SHOW CAUSE

　　　The Court previously issued an Order to Show Cause why this action should not be dismissed for lack of prosecution, with the response to the Order to Show Cause due no later than November 8, 2010.  The Court having received no response from plaintiff, having mail returned from the address provided by plaintiff, and having attempted to contact plaintiff by telephone without success, now orders the case dismissed for failure to prosecute.

:  
Initials of Preparer   enm